IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| J.M., on behalf of L.M., a minor child, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Cause No. 1:21-cv-00055-JRS-MJD |
| ZIONSVILLE COMMUNITY SCHOOLS, ZIONSVILLE COMMUNITY SCHOOLS BOARD OF TRUSTEES, and individuals SCOTT ROBISON, REBECCA COFFMAN, SEAN CONNER, BLAIR WILLIAMS, and TERRY ROWE, in their official and individual capacities. | § § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

Plaintiff, J.M. o/b/o L.M., by her attorneys, Elizabeth Abdnour Law, PLLC, Temperance Legal Group, PLLC, and Connell Michael Kerr, PLLC, hereby submits her preliminary witness list pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the Court's approved Case Management Plan as amended on March 25, 2021. Included are names of witnesses who Plaintiff expects to call and names of witnesses who Plaintiff may call if the need arises.

<u>Witnesses Plaintiff intends to call</u>

1. J.M. (Plaintiff) and D.M. (L.M.'s father)
   *Address and phone number redacted*

2. Sergeant Joseph Denneman
   1075 Parkway Drive
   Zionsville, IN 46077
   (317) 873-5967

3. Defendant Terry Rowe
   900 N. Ford Road
   Zionsville, IN 46077
   (317) 873-2426 x13302

4. Carrie Nonte
   900 N. Ford Road
   Zionsville, IN 46077
   (317) 873-2426 x13818

5. Jessica Yates
   900 N. Ford Road
   Zionsville, IN 46077
   (317) 873-2426 x13718

6. Janice Sanders, MSW, LCSW
   P.O. Box 223
   West Olive, MI 49460
   (317) 443-0995

7. Cara Pratt, PsyD, HSPP
   6411 South East Street, Suite A
   Indianapolis, IN 46227
   317-780-5750

Witnesses Plaintiff may call if the need arises

1. L.M.
   *Address and phone number redacted*
   *Expected to testify by deposition*

2. Student D.H.
   *Address and phone number redacted*
   *Expected to testify by deposition*

3. Defendant Scott Robison
   900 Mulberry Street
   Zionsville, IN 46077
   317-873-2858

4. Defendant Rebecca Coffman
   900 Mulberry Street
   Zionsville, IN 46077
   317-873-2858 x11940

5. Defendant Sean Conner
   900 N. Ford Road
   Zionsville, IN 46077
   (317) 873-2426 x13999

6. Defendant Blair Williams
   900 N. Ford Road
   Zionsville, IN 46077
   (317) 873-2426 x13009

7. Casey Allen
   900 Mulberry Street
   Zionsville, IN 46077
   317-873-2858

8. Student S.D.B.
   *Address and phone number redacted*
   *Expected to testify by deposition*

9. Sanjay Mishra, MD, psychiatrist
   703 Pro-Med Lane
   Carmel, IN 46032
   317-843-9922

10. Any medical and mental health providers who rendered care and treatment to L.M.

11. Any witnesses who may become known through further discovery, whether from parties or non-parties.

12. Any witnesses named by Defendants.

13. Any necessary rebuttal witnesses.

14. Plaintiff will name expert witnesses in accordance with the Court's approved Case Management Plan. Prospective expert witnesses will likely include mental health professionals, including psychiatrists, psychologists, educational experts, and other experts as necessary related to damages.

   Plaintiff reserves the right to supplement this list as information about Plaintiff's claims and/or Defendants' defenses becomes known throughout the course of investigation and discovery.

Date:   April 6, 2021							Respectfully submitted,

_____
Elizabeth Abdnour
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
T: (517) 292-0067
F: (517) 709-7700
elizabeth@abdnour.com

Karen Truszkowski
TEMPERANCE LEGAL GROUP, PLLC
503 Mall Court #131
Lansing, MI 48912
T: (844) 534-2560
F: (800) 531-6527
karen@temperancelegalgroup.com

Catherine M. Michael
Michelle K. McGuire
Connell Michael Kerr
550 Congressional Blvd., Suite 115
Carmel, IN 46032
T: 317-343-4482
F: 317-348-2916
catherine@cmklawfirm.com
michelle@cmklawfirm.com

*Attorneys for Plaintiff*