UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| J.M., on behalf of L.M., a minor child,<br><br>    Plaintiff,<br>v.<br><br>ZIONSVILLE COMMUNITY SCHOOLS, ZIONSVILLE COMMUNITY SCHOOLS BOARD OF TRUSTEES, and individuals SCOTT ROBISON, REBECCA COFFMAN, SEAN CONNER, and BLAIR WILLIAMS in their official and individual capacities,<br><br>    Defendants. | Case No. 1:21-cv-00055-JRS-MJD |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, J.M., on behalf of L.M., a minor child, and Defendants, Zionsville Community Schools, Zionsville Community Schools Board of Trustees, Scott Robison, Rebecca Coffman, Sean Conner, and Blair Williams, having stipulated and agreed to the dismissal of this cause with prejudice, and the Court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and that this cause should be dismissed.

IT IS THEREFORE ORDERED that the above cause of action is hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

SO ORDERED.

Date: 11/12/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

COPIES TO:

All Electronically Registered Counsel through the Court Electronic filing system